THE ORDINARY OF THE STATE OF NEW JERSEY, PLAIN
TIFF, v. VICTORIA G. BOYER AND AUGUST MARCHAND,
DEFENDANTS.

Decided November 14, 1931.

For the plaintiff, *McDermott, Enright & Carpenter.*

For the defendant August Marchand, *Harry Perkel.*

BROWN, S. C. C.  This matter is presented on the plaintiff's motion to strike the "Fourth Separate Defense" of defendant's answer on the ground that the same is sham.
The moving party has presented proof that the allegations
in the defense mentioned are sham.  There being no answering affidavits it follows that the motion to strike should
prevail.

An order may be presented in accordance with this finding.